United States District Court
Southern District of Texas
**ENTERED**
July 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEE LOSCIALE,  §<br>　Plaintiff,　　§<br>　　　　　　　　§<br>v.　　　　　　　§<br>　　　　　　　　§<br>STATE FARM LLOYDS, §<br>　Defendant.　　§ | CIVIL ACTION NO. 4-17-0016 |

## FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Defendant State Farm Lloyds' Motion for Summary Judgment [Doc. # 9] is **GRANTED** and Plaintiff Lee Losciale's Cross-Motion for Summary Judgment [Doc. # 15] is **DENIED**. This case is **DISMISSED WITH PREJUDICE**, with taxable costs assessed against Plaintiff.

This is a final, appealable order.

SIGNED at Houston, Texas, this **14th** day of **July, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE